```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                        CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| JOSE LOPEZ and ROSALINDA LOPEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action NO. C-05-316 |
| SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA N.A. and W.V. ISHAM, | § § § § | |
| Defendants. | § § | |

### ORDER DENYING MOTION TO REMAND

Plaintiffs' Motion to Remand is hereby DENIED.

SIGNED and ENTERED this 4th day of August, 2005.

_____
Janis Graham Jack
United States District Judge