IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE LOPEZ and ROSALINDA LOPEZ, § § § | |
| Plaintiffs, § | |
| v. § | Civil Action NO. C-05-316 |
| SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA N.A. and W.V. ISHAM, § § § § | |
| Defendants. § | |

### ORDER OF REMAND

On August 5, 2005, the Court conducted a telephonic conference in the above-styled action, during which all Defendants agreed not to oppose Plaintiffs' Supplemental Motion for Expedited Remand (filed August 5, 2005, Docket Entry 19).  Defendants' agreement was predicated upon Plaintiffs' written stipulation "that [Plaintiffs] will not seek or accept more than $74,999.00 including costs, attorneys fees and interest." (Pls.' Am. Stipulation, Docket Entry 20, ¶ 3.)  Based upon this agreement between the parties, Plaintiff's Supplemental Motion for Expedited Remand is GRANTED, and this action is hereby REMANDED pursuant to 28 U.S.C. § 1447(c) to the 79th Judicial District Court of Jim Wells County, Texas, where it was originally filed and assigned Cause Number 05-05-43408-CV.

SIGNED and ENTERED this 11th day of August, 2005.

_____
Janis Graham Jack
United States District Judge